DANIEL MALAKAUSKAS, SBN 265903
7345 South Durango Drive
Suite B-107-240
Las Vegas, NV 89113
Telephone: 866-790-2242

Attorney for Plaintiff

MARK PATRICK IEZZA, SBN 239813
SWETA PATEL, SBN 247115
Klein, Hockel, Iezza & Patel
455 Market Street, Suite 1480
San Francisco, CA 94105
Telephone: 415-951-0535

Attorney for Defendants:
NAWAL ASPIRAS and FAROUK DIAB

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| **CYNTHIA HOPSON**,<br><br>Plaintiff,<br><br>v.<br><br>**NAWAL ASPIRAS**, as an individual and doing business as "Wienerschnitzel #181", **FAROUK DIAB,** as an individual and doing business as "Wienerschnitzel #181", **JEFFREY LEE GAUDIO**, as an individual and as trustee for the The 2002 Jeffrey Lee Gaudio Revocable Trust dated September 18th, 2002, **THE 2002 JEFFREY LEE GAUDIO REVOCABLE TRUST dated September 18th, 2002**, **MIKE CUNNEEN, TIM DUNKIN, JILL DUNKIN**, and **DOES** 1-50, Inclusive, | **CASE NO.: 1:17-cv-1727-DAD-EPG**<br><br>**ORDER GRANTING STIPULATED REQUEST TO HAVE RESPONSE TO COMPLAINT WITHIN FOURTEEN DAYS AND FOR CONTINUANCE OF SCHEDULING CONFERENCE**<br><br>March 22nd, 2018<br>Time: 9:00 A.M.<br>Ctrm: 10 (6th Floor) |

**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO ANSWER** 1
**THE COMPLAINT AND CONTINUE THE SCHEDULING CONFERENCE**

Defendants.

## **PROPOSED ORDER**

**IT IS HEREBY ORDERED**: the that the Mandatory Scheduling Conference be continued for thirty (30) , to April _____, 2018, at 10:00 a.m., and that the Answer to the Complaint for all Defendants be due by April 5, 2018.

Dated: March \_\_\_th, 2018            /s/Daniel Malakauskas_____
                                     The Honorable ERICA P.
                                     GROSJEAN, United States
                                     Magistrate Judge, Easter District of
                                     California

**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO ANSWER THE COMPLAINT AND CONTINUE THE SCHEDULING CONFERENCE** 2

# ORDER

**IT IS HEREBY ORDERED** the that the Mandatory Scheduling Conference currently set for March 22, 2018, be continued to May 2, 2018, at 10:30 a.m., and that the Answer to the Complaint for all Defendants be due by April 5, 2018.

IT IS SO ORDERED.

Dated: __**March 16, 2018**__          /s/ *Erica P. Grosjean*
                                       _____
                                       UNITED STATES MAGISTRATE JUDGE